BEFORE THE SECOND DIVISION, DECEMBER 21, 1949

**No. 53843.**—E. B. Baehr & Sons et al. *v.* United States, protests 729584–G, etc. (New York).

Opinion by LAWRENCE, J. By virtue of the decision in *T. M. Duche & Sons, Inc.* v. *United States* (36 C. C. P. A. 19, C. A. D. 391), the protests were dismissed.

**No. 53844.**—American Merchandise Co., Inc., et al. *v.* United States, protests 935625–G, etc. (New York).

Opinion by LAWRENCE, J. By virtue of the decision in *T. M. Duche & Sons, Inc.* v. *United States* (36 C. C. P. A. 19, C. A. D. 391), the protests were dismissed.

**No. 53845.**—Levin Bros. et al. *v.* United States, protests 26102–K, etc. (New York).

Opinion by LAWRENCE, J. By virtue of the decision in *T. M. Duche & Sons, Inc.* v. *United States* (36 C. C. P. A. 19, C. A. D. 391), the protests were dismissed.

**No. 53846.**—Wm. M. Allison & Co. et al. *v.* United States, protests 119885–K, etc. (New York).

Opinion by RAO, J. By virtue of the decision in *T. M. Duche & Sons, Inc.* v. *United States* (36 C. C. P. A. 19, C. A. D. 391), the protests were dismissed.

**No. 53847.**—I. Bauer, Inc., et al. *v.* United States, protests 150363–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiffs was sustained.

**No. 53848.**—British West Indies Co. *v.* United States, protest 152463–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.